USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________________
DATE FILED: April 6, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LG CAPITAL FUNDING, LLC,

Plaintiff,

-against-

AIM EXPLORATION, INC.,

Defendant.

-------------------------------------------------------X

17-CV-3118 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On March 7, 2019, this Court[1] granted the motion of defense counsel Mark Basile to withdraw from his representation of Defendant AIM Exploration, Inc. ("Defendant"). (ECF No. 35.) The Court ordered Defendant to file a Notice of Appearance of new counsel for Defendant within 60 days, and stated that a failure to do so might result in the entry of default judgment against Defendant. (*Id.*)

On July 11, 2019, the Clerk of Court entered a Certificate of Default, certifying that no new counsel for Defendant had filed a Notice of Appearance, and that Defendant was thus in default. (ECF No. 41.) On February 26, 2020, this Court ordered Defendant to show good cause for setting aside the Certificate of Default by March 26, 2020, or else default judgment would be entered. (ECF No. 42.) That date has elapsed without any response from Defendant.

Therefore, default judgment is entered against Defendant, and this case is referred to Magistrate Judge Sarah Netburn to conduct an inquest to determine the amount of damages to be awarded in the Court's default judgment. The Clerk of Court is directed to close this case. All

---

[1] This case was assigned to Judge Deborah Batts until February 19, 2020, on which date it was transferred to Judge Kimba Wood.

pending motions are moot.

SO ORDERED.

Dated: New York, New York
April 6, 2020

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge