UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LG CAPITAL FUNDING, LLC,

                Plaintiff,

      -against-

AIM EXPLORATION, INC.,

                Defendant.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/30/2021

17-CV-3118 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On April 20, 2021, Magistrate Judge Sarah Netburn issued her Report and Recommendation, after an inquest on damages following this Court's determination that Plaintiff was entitled to a default judgment against Defendant. The Report and Recommendation recommends that the Court award Plaintiff a total award of $138,456.57. The parties were given until May 4, 2021 to file objections to the Report and Recommendation. No objections have been filed. The district court reviews for clear error those portions of the recommendation to which no specific objection is made. *Rivera v. Barnhart*, 423 F. Supp. 2d 271, 273 (S.D.N.Y. 2006) (Holwell, J.).

    The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Judge Netburn's well-reasoned Report and Recommendation in its entirety.

    The Court awards Plaintiff (1) $122,670.65 in contract damages; (2) $15,250 in attorney's fees; and (3) $535.92 in costs.

Defendant is directed to pay the award no later than October 29, 2021.

The Clerk of Court is respectfully directed to enter judgement accordingly and close the case.  Any pending motions are moot.

SO ORDERED.

Dated: New York, New York
September 30, 2021

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge