UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LG CAPITAL FUNDING, LLC,

                Plaintiff,

-against-                                  17 **CIVIL** 3118 (KMW)

## **JUDGMENT**

AIM EXPLORATION, INC.,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2021, the Court has reviewed the record and the Report and Recommendation for clear error and, finding none, Judge Netburn's well-reasoned Report and Recommendation is adopted in its entirety. The Court has awarded Plaintiff (1) $122,670.65 in contract damages; (2) $15,250 in attorney's fees; and (3) $535.92 in costs. Defendant is directed to pay the award no later than October 29, 2021; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2021

                                                                           **RUBY J. KRAJICK**

                                                                             **Clerk of Court**

                                                     **BY:**    *K. Mango*

                                                                             **Deputy Clerk**